# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Steven Robert Evan God,<br><br>Plaintiff,<br><br>v.<br><br>Steven R. Evans God,<br><br>Defendant. | Case No. 2:25-cv-00025-RFB-BNW<br><br>**SCREENING ORDER AND REPORT AND RECOMMENDATION** |

Presently before the court is pro se Plaintiff's complaint (ECF No. 1-1) and application to proceed in forma pauperis (ECF No. 1).

**I.      In forma pauperis application**

Plaintiff submitted an incomplete and unintelligible declaration pursuant to 28 U.S.C. § 1915(a). Given the Court will recommend dismissal of this claim with prejudice, this Court will also deny the application as moot.

**II.     Analysis**

In screening a complaint, a court must identify cognizable claims and dismiss claims that are frivolous, malicious, fail to state a claim on which relief may be granted, or seek monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915(e)(2). A complaint is frivolous if it contains "claims whose factual contentions are clearly baseless," such as "claims describing fantastic or delusional scenarios." *Neitzke v. Williams*, 490 U.S. 319, 327-28 (1989). Dismissal for failure to state a claim under § 1915(e)(2) incorporates the standard for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).  *Watison v. Carter*, 668 F.3d 1108, 1112 (9th Cir. 2012). To survive § 1915 review, a complaint must "contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face." *See Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). The court liberally construes pro se complaints and may only

dismiss them "if it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief." *Nordstrom v. Ryan*, 762 F.3d 903, 908 (9th Cir. 2014) (*quoting Iqbal*, 556 U.S. at 678).

Here, Plaintiff fails to state a claim upon which relief can be granted. From what the Court can discern, it appears Plaintiff' attempts to sue different versions of himself. The facts supporting his claims are unintelligible—they are random words pieced together in an incomplete sentence. Thus, Plaintiff fails to state a claim upon which relief can be granted. Given Plaintiff attempts to sue himself, the Court recommends that his complaint be dismissed with prejudice.

**III.  Conclusion**

**IT IS THEREFORE ORDERED** that Plaintiff's Application for Leave to Proceed In Forma Pauperis (ECF No. 1) is denied as moot.

**IT IS FURTHER RECOMMENDED** that the complaint (ECF No. 1-1) be DISMISSED with prejudice for failure to state a claim upon which relief can be granted.

DATED:  January 8, 2025

_____
Brenda Weksler
United States Magistrate Judge